UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-22-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23CR 174 (KAD)(TOF) |
| v. | VIOLATIONS: |
| HOWARD CHAMBERS | 18 U.S.C. § 1349 (Conspiracy to Commit Mail Fraud and Wire Fraud) |
| | 18 U.S.C. § 1341 (Mail Fraud) |
| | 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Commit Mail Fraud and Wire Fraud)

1. At all times relevant to this Indictment, defendant HOWARD CHAMBERS ("CHAMBERS") used an address on Spring Street in East Hartford, Connecticut (the "Spring Street address").

### The Conspiracy

2. Beginning in or before 2018 and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, CHAMBERS, knowingly and with the specific intent to defraud, did combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to commit mail fraud, in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18, United States Code, Section 1343.

3. The object and purpose of the conspiracy was for CHAMBERS and his coconspirators to enrich themselves by knowingly devising and intending to devise a scheme to defraud others and to obtain money and property from others by means of materially false and

fraudulent pretenses, representations, and promises, and to use both the mail and interstate wires in execution of that scheme.

## Manner and Means of the Scheme and Conspiracy

4. It was part of the scheme and conspiracy that CHAMBERS and his associates took the following steps in the District of Connecticut and elsewhere.

5. Participants in the scheme and conspiracy contacted victims in the United States by telephone and falsely told those victims that they had won large sums of money in a Publishers Clearing House sweepstakes. Victims were told that they needed to pay fees or taxes to claim their sweepstakes winnings. Victims were instructed to send cash and money orders through the mail to the Spring Street address and to other addresses in Connecticut and elsewhere. In fact, victims had not won a sweepstakes and no winnings were paid to them.

6. CHAMBERS and other participants in the scheme and conspiracy mailed victims fake documents, including a "winning notification" letter purporting to be from Publishers Clearing House and a letter purporting to be from the Internal Revenue Service stating that they were required by law to pay taxes on their winnings.

7. Victims of the scheme and conspiracy included, but were not limited to, individuals with initials S.R., J.W., and M.W., whose identities are known to the Grand Jury. These victims were defrauded by CHAMBERS and other participants in the scheme and conspiracy as described below.

## Victim S.R.

8. A victim referred to here by initials "S.R.," whose identity is known to the Grand Jury, was a resident of Wisconsin.

9. In or around September 2019, S.R. was contacted by telephone by someone claiming to be "Mark Faber" who purportedly worked for the federal government in the "Unclaimed Funds Claim Department." Faber fraudulently told S.R. that she won a prize.

10. At the request of Faber and other conspirators, to pay fees and taxes necessary to claim her supposed winnings, S.R. mailed cashier's checks and cash to various individuals and addresses, including to the Spring Street address.

11. For example, on or about March 4, 2020, S.R. mailed a package containing cash or checks via FedEx, a private and commercial interstate carrier, to "Emanuel Faber" at the Spring Street address, and on or about March 10, 2020, S.R. mailed a package containing cash or checks via FedEx to "Mark Faber" at the Spring Street address.

12. Also for example, on or about November 3, 2020, S.R. purchased a $75,000 cashier's check and an $85,000 cashier's check, both made payable, at the conspirators' direction, to Public Equities LLC ("Public Equities"). On or about November 3, 2020, S.R. mailed the checks via FedEx to "George Moore" at the Spring Street address.

<u>Victim J.W.</u>

13. A victim referred to here by the initials "J.W.," whose identity is known to the Grand Jury, was a resident of Washington State.

14. In or around 2018, J.W. received fraudulent paperwork in the mail advising him that he was a winner of a Publishers Clearing House sweepstakes. Based on the fake documents and other communications with people purporting to be from Publishers Clearing House, J.W. mailed his own money, and money he received from other victims, to various people and addresses, including to victim S.R. and to the Spring Street address.

15. For example, based on conspirators' fraudulent statements, on or about September 22, September 23, October 5, and October 7, 2020, J.W. mailed packages via FedEx containing cash or checks to "Andy Moore" at the Spring Street address.

16. Also for example, based on conspirators' fraudulent statements, on or about September 16, 2021, J.W. mailed a package via FedEx containing cash or checks to "Andy Johnson" at the Spring Street address.

17. Also for example, based on conspirators' fraudulent statements, on or about December 30, 2021 and January 18, 2022, J.W. mailed packages via FedEx containing cash or checks to "Frank Wisler" at the Spring Street address.

18. Also for example, based on conspirators' fraudulent statements, on or about November 9, November 26, December 10, and December 21, 2021, and January 6, 2022, J.W. mailed packages via FedEx containing cash or checks to various names including "Frank Wisler" at an address on Franklin Street, Meriden, Connecticut.

19. Also for example, based on conspirators' fraudulent statements, on or about March 11, 2021, J.W. mailed S.R. a check for $9,900 and on or about March 17, 2021, J.W. mailed S.R. two checks for $10,000 each.

### Victim M.W.

20. A victim referred to here by initials M.W., whose identity is known to the Grand Jury, was a resident of North Carolina.

21. In or around October 2021, M.W. was contacted by telephone and fraudulently told she was a Publishers Clearing House sweepstakes winner. After this initial phone call, M.W. received mailings from an address in New Britain, Connecticut, which contained documents detailing her winnings. M.W. also received numerous follow-up phone calls from purported

representatives of Publishers Clearing House, including calls instructing her to mail checks in various amounts to J.W. and others.

22. For example, based on the fraudulent representations by a participant in the scheme, on or about December 8, 2021, using the United States Postal Service, M.W. mailed a package to J.W. containing a $15,520 check paid to the order of J.W.

23. Also for example, based on the fraudulent representations by a participant in the scheme, on or about December 16, 2021, using the United States Postal Service, M.W. mailed a package to J.W. containing a $48,300 check paid to the order of J.W.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH SIX
(Mail Fraud)

24. Paragraphs 1 through 23 are incorporated by reference.

25. Beginning in or before 2018, and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, CHAMBERS, knowingly and with the specific intent to defraud, devised and intended to devise a scheme and artifice to defraud others and obtain money and property of others by means of materially false and fraudulent pretenses, representations, and promises, by inducing people to send money to CHAMBERS and his associates through sweepstakes scams, as described above.

26. On or about the dates listed below, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the scheme and artifice, CHAMBERS knowingly caused to be delivered by the United States Postal Service and private and commercial interstate carrier the following matters, each of which is a separate count of this Indictment:

5

| Count | Date | Means of Delivery | Matter |
|---|---|---|---|
| 2 | September 22, 2020 | FedEx | A mailing from J.W. in Washington to "Andy Moore" at CHAMBERS's Spring Street address in Connecticut |
| 3 | October 5, 2020 | FedEx | A mailing from J.W. in Washington to "Andy Moore" at CHAMBERS's Spring Street address in Connecticut |
| 4 | November 3, 2020 | FedEx | A mailing from S.R. in Wisconsin to "George Moore" at CHAMBERS's Spring Street address in Connecticut |
| 5 | December 30, 2021 | FedEx | A mailing from J.W. in Washington to "Frank Wisler" at CHAMBERS's Spring Street address in Connecticut |
| 6 | January 18, 2022 | FedEx | A mailing from J.W. in Washington to "Frank Wisler" at CHAMBERS's Spring Street address in Connecticut |

All in violation of Title 18, United States Code, Section 1341.

## COUNT SEVEN
(Conspiracy to Commit Money Laundering)

27. Paragraphs 1 through 23 and paragraphs 25 through 26 are incorporated by reference.

28. Beginning in or before 2018, and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, CHAMBERS did knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to commit offenses under Title 18, United States Code, Section 1956, that is, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, involving the proceeds of specified

6

unlawful activity, that is, mail fraud and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343, knowing that the property involved in such financial transactions represented the proceeds of some form of unlawful activity, and knowing that such transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

29. The manner and means of the money laundering conspiracy included the following acts, among others, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the wire fraud and mail fraud scheme.

30. First, conspirators moved proceeds of the wire fraud and mail fraud scheme through various accounts in different companies' names. Specifically:

    a. On or about November 4, 2020, the $75,000 cashier's check referred to in Paragraph 12 above, that had been sent by victim S.R. to "George Moore" at the Spring Street address, was deposited into Public Equities' TD Bank account with account number ending in 7725, and the $85,000 cashier's check was deposited into Public Equities' TD Bank account with account number ending in 7694.

    b. On or about November 9, 2020, $60,000 was withdrawn from the Public Equities TD Bank account ending in 7725 and immediately deposited into a TD Bank account with account number ending in 7125 maintained in the name of HowHow LLC ("HowHow"). HowHow was a limited liability company registered in Connecticut. According to state records, HowHow's business address was the Spring Street address and CHAMBERS was HowHow's managing member and agent.

31. Second, conspirators used victims as intermediaries to receive money from other victims and then move that money to members of the criminal scheme. For example, based on conspirators' fraudulent statements to S.R., S.R. received checks and cash in the mail from people she believed were "sponsors" who were helping her pay the fees to receive her winnings, but actually were other victims. Based on conspirators' fraudulent statements, S.R. deposited the checks into her bank account, withdrew cash, and mailed the cash to various addresses as directed by the conspirators.

All in violation of Title 18, United States Code, Section 1956(h).

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

*Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Heather L. Cherry*
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY